IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JERLDEAN DANIEL, et al.,

    Plaintiff,

v.                                          No. 03-2771-B/V

MEMPHIS CITY BOARD OF EDUCATION,

    Defendant.

## ORDER

This court, having been advised by defense counsel that settlement has been reached on all matters in this case, directs that this action be DISMISSED. Furthermore, any pending motions are DENIED as moot and all proceedings currently set before the court are removed from the court's calendar.

The dismissal granted herein shall be without prejudice for a period of 30 days from the entry of this order. If settlement is not consummated within that 30 day period, the parties may reopen this action upon motion approved by the court. Should the parties fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

IT IS SO ORDERED this 6th day of June, 2005.

                                J. DANIEL BREEN
                         UNITED STATES DISTRICT JUDGE



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:03-CV-02771 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Malcolm L. McCune
BLACKBURN & McCUNE, P.C.
201 Fourth Ave., N.
Ste. 1700
Nashville, TN 37219

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Jason Ehrlinspiel
MACNEILL & BUFFINGTON, P.A.
1080 River Oaks Drive
Suite A-250 River Oaks Plaza
Flowood, MS 39232

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

W. Gary Blackburn
BLACKBURN & McCUNE, P.C.
201 Fourth Ave., N.
Ste. 1700
Nashville, TN 37219

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT