UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 JUN 20 AM 10: 34
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JERLDEAN DANIEL, et al.,    JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.

MEMPHIS CITY BOARD OF EDUCATION,    CASE NO: 03-2771-B

    Defendant.

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order entered on June 9, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

June 17, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

(By) Deputy Clerk


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:03-CV-02771 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

W. Gary Blackburn
BLACKBURN & McCUNE, P.C.
201 Fourth Ave., N.
Ste. 1700
Nashville, TN 37219

Jason Ehrlinspiel
MACNEILL & BUFFINGTON, P.A.
1080 River Oaks Drive
Suite A-250 River Oaks Plaza
Flowood, MS 39232

Malcolm L. McCune
BLACKBURN & McCUNE, P.C.
201 Fourth Ave., N.
Ste. 1700
Nashville, TN 37219

Prince C. Chambliss
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Ernest G. Kelly
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable J. Breen
US DISTRICT COURT